## A. A. ASH v. THE STATE.

No. 7200.    Decided November 15, 1922.

**Nuisance—Oil Refinery—Injurious to Health—Sufficiency of the Evidence.**

Where upon trial of maintaining a nuisance, to-wit, by unlawfully carrying on an oil refinery injurious to the health of those who reside in the vicinity contrary to law, the affidavit upon which the prosecution was based is sufficient and the evidence is sufficient to support the conviction, there is no reversible error.

Appeal from the County Court of Bexar. Tried below before the Honorable William Hogan, Special Judge.

Appeal from a conviction of maintaining a nuisance; penalty, a fine of $25.

The opinion states the case.

No brief on file for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the County Court of Bexar County for criminal cases of the offense of maintaining a nuisance, and his punishment fixed at a fine of $25.

The record is before us without statement of facts or bills of exception. We find no fault with the affidavit upon which the prosecution was based. The case seems to have been submitted to the court without the intervention of a jury. There appearing to us to be nothing upon which an attack upon the regularity and sufficiency of the court's judgment of guilt, can be predicated, and it being our duty to affirm a conviction unless the judgment is in some sufficient way attacked, we are without discretion to do anything else except to direct an affirmance, and it is so ordered.

*Affirmed.*